

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sadeghian Lotfabadi Saleh | **Civil Action No.** 26-cv-02132-BJC-JLB |
| **Plaintiff,** | |
| **V.** | |
| see attached | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus. Respondents shall immediately release Petitioner under regulations prescribed by the Attorney General.

**Date:**    4/22/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

S. Tweedle, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-02132-BJC-JLB

Christopher LaRose, Warden at Otay Mesa Detention Center; Markwayne Mullin, Secretary of the Department of Homeland Security; Todd Blanche, Acting Attorney General; Todd Lyons, Acting Director, Immigration and Customs Enforcement; Jesus Rocha, Acting Field Office Director, San Diego Field Office

Respondents